IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME HARDENE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:05CV0010 RWS/AGF |
| | ) | |
| JOHN YOUNG, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that Respondent's motion (Doc. #13) to consolidate this case with cause no. 4:07CV1062 JCH is **DENIED**. Petitioner opposes the motion, and the Court believes that justice would best be served by adjudicating each case separately.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT COURT JUDGE

Dated this 3rd day of January, 2008.